IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LINDA KEE**                                                                                    **PLAINTIFF**

v.                                        **4:09CV00477-WRW**

**ETHICON, INC.,** *et al.*                                                              **DEFENDANTS**

## ORDER

Defendants' Motion to Admit Counsel *Pro Hac Vice* (Doc. No. 27) is GRANTED.

Ms. Kelly S. Crawford is directed to register for CM-ECF in the Eastern District of Arkansas by 5:00 p.m., Friday, October 15, 2010. Failure to register may result in removal from the case.

IT IS SO ORDERED this 30th day of September, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE